**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL MATTHEWS,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS J. DART, Sheriff of Cook County; COOK COUNTY SHERIFF'S OFFICE; COOK COUNTY, a Municipal Entity; B.I. INCORPORATED, a corporation; TRACK GROUP, INC., a corporation; and ALLPOINTS SECURITY AND DETECTIVE, INC., an Illinois corporation,<br><br>    Defendants. | No.   1:23-cv-00130 |

**PLAINTIFF'S SUPPLEMENTAL STATEMENT IN SUPPORT OF MOTION TO REMAND AS REQUESTED BY THE DISTRICT COURT**

Plaintiff, MICHAEL MATTHEW, by his attorneys, TOMASIK KOTIN KASSERMAN, LLC, in response to request for a clarification regarding Plaintiff's remand motion to the Circuit Court of Cook County, Illinois, County Department, Law Division, states as follows:

Answering the District Court's express request for answers to specific questions posed:

(1) Plaintiff is not alleging that the Defendants violated his United States Constitutional rights;

(2) Plaintiff is not alleged Defendants violated any of his rights under federal law; and

(3) Plaintiff bringing a state law claim, and only a state law claim, against Defendants, for compensatory damages.

WHEREFORE, the Plaintiff, MICHAEL MATTHEWS, respectfully asks that this Honorable Court grant his motion to remand this case to the Circuit Court of Cook County and award the Plaintiff payment of just costs and expenses, including attorney's fees.

        /s/ Daniel M. Kotin

Daniel M. Kotin (ARDC No. 6207320)
Tomasik Kotin Kasserman, LLC
Attorney for Plaintiff
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
(312) 605-8800

**CERTIFICATE OF SERVICE**

I hereby certify that on this April 11, 2023, the foregoing was electronically filed with the U.S. District Court Clerk, Northern District of Illinois, Eastern Division, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.



    /s/ Jill Hines

Daniel M. Kotin (ARDC No. 6207320)
Tomasik Kotin Kasserman, LLC
Attorney for Plaintiff
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
(312) 605-8800