

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                                               **312-435-5670**
Clerk

Date 4/24/23

Iris Y. Martinez, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Matthews v. Dart, Sheriff of Cook County et al
USDC Case Number:  23cv130
Circuit Court Case Number:  2022L011050

Dear Clerk:

A certified copy of an order entered on 4/21/23 by the Honorable Steven C. Seeger, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

                                                               Sincerely yours,
                                                               Thomas G. Bruton, Clerk

                                                               By: /s/ A. Ellis
                                                                    Deputy Clerk

Enclosure(s)

Rev. 10/05/2016